UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SORENSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No. 21-cv-09681-TLT<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR** |

Defendants filed a motion to dismiss Plaintiff Christopher Sorenson, Jr.'s complaint on March 14, 2022, to be heard in-person on April 26, 2022. ECF No. 16. Defendants re-noticed the in-person hearing for August 11, 2022. ECF No. 28. The Court subsequently reset the in-person hearing first for August 25, 2022, and then for September 8, 2022. ECF Nos. 29, 32. After the case was reassigned to the undersigned, Defendants re-noticed their motion. ECF No. 35. On October 4, 2022, the in-person hearing was set for January 10, 2023, at 2 p.m. ECF No. 35.

Plaintiff's counsel failed to appear at the motion hearing and failed to file any advance notice of the non-appearance. The hearing date and time have been set since October 4, 2022. ECF No. 35. As the docket and the Court's Standing Order indicated, the hearing was held in-person. *See* Judge Thompson's Civil Standing Order ¶ 4 ("All hearings and appearances will be held in Courtroom 9 on the 19th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California."). Accordingly, the Court **ORDERS** Plaintiff's counsel to show cause why the Court should not impose sanctions for counsel's failure to appear at the hearing and comply with the Court's Standing Order and why counsel did not notify the opposing party of their anticipated non-appearance.

Counsel for the defendant is invited to submit their costs and attorney's fees for today's

1  appearance.

2  By **January 24, 2023**, Plaintiff's counsel shall file a declaration under penalty of perjury
3  explaining their non-appearance or inability to have someone appear on their behalf.  An Order to
4  Show Cause hearing is set for **February 3, 2023**, at 9 a.m. in San Francisco, Courtroom 9, 19th
5  Floor.  Plaintiff's counsel must appear in-person at the hearing.

6  Defendants' counsel may file a declaration by **January 17, 2023**, to indicate the fees and
7  costs incurred as a result of appearing at the motion hearing on January 10, 2023.  Plaintiff's
8  counsel may respond to Defendant's counsel's declaration by **January 24, 2023**.

9  **IT IS SO ORDERED.**

10  Dated: January 10, 2023

TRINA L. THOMPSON
United States District Judge